CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
            vs.             )   Criminal No. 06-00049-01 (RMU)
                            )
                            )
MITCHELL J. WADE            )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:
_____
Assistant United States Attorney

Approved:
_____
Judge Ricardo M. Urbina
United States District Court Judge