United States District Court
for the District of Columbia

**FILED**
FEB 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.   WAIVER OF INDICTMENT

**MITCHELL J. WADE**

CASE NUMBER: **06-049-01 (RMU)**

I, Mitchell J. Wade, the above named defendant, who is accused of **Conspiracy, Title 18, United States Code, Sections 371; Use of Interstate Facilities to Promote Bribery, Title 18, United States Code, Section 1952(a)(3), and Election Fraud, Title 2 United States Code, Sections 441f and 437g(d)(1)(D),** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **February 24, 2006,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge