UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
              v.              :    Criminal Action No.:  06cr049   (RMU)
                              :
MITCHELL J. WADE,             :
                              :            **FILED**
              Defendant.      :
                              :           FEB 2 4 2006

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 24th day of February 2006,

**ORDERED** that a _status_ hearing in the above-captioned case shall take place on _August 21, 2006_ at _10 AM_.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge