NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                              Criminal Number  06-049 (RMU)

MITCHELL J. WADE,
         (Defendant)

**FILED**

FEB 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA       ☒ RETAINED       ☐ FEDERAL PUBLIC DEFENDER

_Howard M Shapiro_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Howard M. Shapiro (454274)
(Attorney & Bar ID Number)

Wilmer Cutler Pickering Hale and Dorr LLP
(Firm Name)

2445 M Street, NW
(Street Address)

Washington, DC              20037
(City)         (State)      (Zip)

(202) 663-6606
(Telephone Number)