UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number 06-049 (RMU) |
| | : | |
| v. | : | |
| | : | |
| MITCHELL WADE, | : | |
| Defendant | : | |

## JOINT MOTION TO STAY PREPARATION OF THE PRESENTENCE REPORT

The United States of America, by and through undersigned counsel, with the concurrence of defendant Mitchell Wade, hereby files this Joint Motion to Stay Preparation of the Presentence Report.

On February 24, 2006, the defendant pled guilty to all counts of a four-count Information. As part of his guilty plea, the defendant agreed to continue to cooperate with the government's investigation. Because of this cooperation, the Court scheduled a status hearing, rather than a sentencing date, for August 21, 2006.

The defendant's cooperation is ongoing. The government and the defendant expect that the cooperation will continue for quite some time and that, on August 21, the parties will seek another status hearing, rather than a sentencing date.

The government and the defendant, therefore, request that the Court stay preparation of the presentence report until the Court schedules a sentencing date. It is in both party's interests, and in the interest of justice, that the presentence report contain the most up to date information. A report prepared at this time might contain information that would be stale at the time of sentencing.

WHEREFORE, the government, with the concurrence of the defendant, respectfully moves that the Court stay preparation of the presentence report until further order of this Court. A proposed order is attached.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                UNITED STATES ATTORNEY


                HOWARD R. SKLAMBERG
                JOHN P. CARLIN
                Assistant United States Attorneys
                Fraud & Public Corruption Section
                555 Fourth Street, N.W.
                Washington, DC 20001

                Certificate of Service

I hereby certified that on this 10th day of May, 2006, I have caused this pleading to be served, by electronic mail, upon Howard M. Shapiro, Esq., Wilmer Cutler Pickering Hale and Dorr, LLP, howard.shapiro@wilmerhale.com.


                Howard R. Sklamberg
                Assistant United States Attorney