UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal Number 06-049 (RMU) |
| v. | : |
| MITCHELL WADE,<br>Defendant | : |

**FILED**

MAY 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Joint Motion to Stay Preparation of the Presentence Report, and for good cause shown, it is hereby ordered that the preparation of the presentence report in this case be stayed until further order of this Court.

Ricardo M. Urbina
United States District Judge

Date: 5/10/06