UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
            v.                 :       Criminal Action No.:  06-049   (RMU)
                               :
MITCHELL WADE,                 :
                               :
            Defendant.         :

**ORDER**

FILED
AUG 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 21st day of August 2006,

**ORDERED** that a status hearing in the above-captioned case shall take place on March 12, 2007 at 10:15.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge