## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
       :
      v.        :      Criminal Action No.:    06-49     (RMU)
       :
MITCHELL WADE      :
       :
     Defendant.      :

**FILED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

It is this _12_ day of _March_ 2007,

**ORDERED** that a _progress_ hearing in the above-captioned case shall take place on
_Sept. 10, 2007_ at _10:31_.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge