**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA      :

       : 

         v.            :      Criminal Action No.:  06-49    (RMU)

       :

MITCHELL WADE,        :      **FILED**

       :

         Defendant.       :      MAR 1 2 2007

**O R D E R**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

     With the consent of the parties and to avoid any appearance of impropriety, the

management of this case is hereby transferred from law clerk Daniel J. Rosenthal to law clerk

Amanda Luck.

     **SO ORDERED.**

_3·12·07_
DATE

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge