# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                                  :

            v.               :        Criminal Action No.: 06-49 (RMU)
                                    :

MITCHELL WADE,             :

                Defendant.        :

**FILED**

SEP 6 – 2007

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

## O R D E R

It is this 6th day of September 2007,

**ORDERED** that the status hearing in the above-captioned case scheduled for September 10, 2007 is hereby **VACATED** and **RESCHEDULED** for March 17, 2008 at 9:45 a.m.;

     **SO ORDERED**.

                                     _____
                                           Ricardo M. Urbina
                                   United States District Judge