## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

    :

        v.     :     Criminal Action No.: 06 - 49     (RMU)

    :

MITCHELL WADE     ,     :

    :

      Defendant.     :

**FILED**

**MAR 17 2008**

**Clerk, U.S. District and
Bankruptcy Courts**

### ORDER

It is this 17 day of MARCH 2008, hereby

**ORDERED** a Status hearing in the above-captioned case shall take place on April 28, 2008 at 9:45.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge

