**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: Criminal Number 06-049 (RMU)** |
| | **:** |
| | **:** |
| | **:** |
| **v.** | **:** |
| | **:** |
| | **:** |
| **MITCHELL WADE,** | **:** |
| **Defendant** | **:** |

**JOINT MOTION TO MODIFY THE COURT'S SENTENCING SCHEDULING ORDER**

The United States of America, by and through undersigned counsel, with the concurrence of defendant Mitchell Wade, hereby files this Joint Motion to Modify the Court's Sentencing Scheduling Order.

On February 24, 2006, the defendant pled guilty to all counts of a four-count Information. As part of his guilty plea, the defendant agreed to continue to cooperate with the government's investigation. Because of this cooperation, the Court agreed to the parties' request to delay sentencing.

On April 28, 2008, the Court scheduled the defendant's sentencing for December 15, 2008. The Court also issued a Sentencing Scheduling Order, which requires that the probation office complete its draft of the pre-sentence investigation report on or about June 10, 2008, and that the parties submit objections and then sentencing memoranda in June and July.

The parties respectfully request later deadlines for the preparation of the pre-sentence investigation report and for the parties' objections and sentencing memoranda. Were all of the pleadings submitted in June and July, it is quite possible that they would be out of date by the time of sentencing, several months later. In particular, the pleadings might not capture any

cooperation that the defendant were to undertake in the months between the submission of the sentencing memoranda and the sentencing date.

The parties, therefore, request that the Court vacate the Sentencing Scheduling Order of April 28, 2008, and instead order that the parties comply with the following deadlines, which contain time intervals between the various events that are consistent with the Court's April 28 order:

•The probation officer must disclose the draft of the pre-sentence investigation report to the parties by October 23, 2008.

•Counsel must submit objections to the probation officer by November 4, 2008.

•The probation officer must disclose to the parties and file with the court the final pre-sentence investigation report by November 13, 2008.

•A party wishing to submit a memorandum in aid of sentencing must do so by November 26, 2008.

•A party wishing to file a response to the other party's memorandum in aid of sentencing must do so by December 3, 2008.

WHEREFORE, the government, with the concurrence of the defendant, respectfully moves that the Court vacate the Sentencing Scheduling Order of April 28, 2008, and issue a sentencing order with dates approximating those contained in this motion. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____/s/_____
HOWARD R. SKLAMBERG
Deputy Chief, Fraud & Public Corruption Section
D.C. Bar Number 453852
555 Fourth Street, N.W.
Room 5247
Washington, DC 20001
(202) 514-6961


<u>Certificate of Service</u>

I hereby certify that on this 28th day of April, 2008, I have caused this pleading to be served, by electronic mail, upon Howard M. Shapiro, Esq., Wilmer Cutler Pickering Hale and Dorr, LLP, <u>howard.shapiro@wilmerhale.com.</u>


_____/s/_____
HOWARD R. SKLAMBERG
Assistant United States Attorney