UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Criminal Number 06-049 (RMU) |
| | : |
| v. | : |
| | : |
| **MITCHELL WADE,** | : |
| **Defendant** | : |

### ORDER

Upon consideration of the Joint Motion to Modify the Court's Sentencing Scheduling Order, and for good cause shown, it is hereby ORDERED that the Sentencing Scheduling Order of April 28, 2008 be vacated.

It is FURTHER ORDERED that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties by October 23, 2008.

It is ORDERED that counsel submit objections (if any) to the probation officer by November 4, 2008.

It is FURTHER ORDERED that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report by November 13, 2008.

It is ORDERED that any party wishing to submit a memorandum in aid of sentencing must do so no later than November 26, 2008, with responses (if any) due on December 3, 2008.

_____
RICARDO M. URBINA
United States District Judge

Date: